United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 5, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 04-20269
Summary Calendar

———————————————

ALEJANDRO SANCHEZ,

Petitioner-Appellant,

versus

JOHN ASHCROFT, U. S. ATTORNEY GENERAL,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:02-CV-4964
--------------------

Before JOLLY, HIGGINBOTHAM, and SMITH, Circuit Judges.

PER CURIAM:*

Alejandro Sanchez, a native and citizen of Mexico, appeals

the district court's denial and dismissal of his 28 U.S.C. § 2241

petition for writ of habeas corpus.  By failing to challenge to

the district court's dismissal of his claim that the immigration

judge erred in denying him relief from removal, Sanchez has

waived that issue.  See Brinkmann v. Dallas County Deputy Sheriff

Abner, 813 F.2d 744, 748 (5th Cir. 1987).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Sanchez does challenge the district court's determination that the Board of Immigration Appeals' ("BIA") summary affirmance procedure does not violate his constitutional right to due process. Sanchez' argument is foreclosed by this court's decision in <u>Soadjede v. Ashcroft</u>, 324 F.3d 830 (5th Cir. 2003). Moreover, one panel of this court may not overrule another. <u>See</u> <u>United States v. Darrington</u>, 351 F.3d 632, 634 (5th Cir. 2003), <u>cert. denied</u>, ___ U.S. ___, 124 S. Ct. 2429 (2004).

Accordingly, the judgment of the district court is AFFIRMED.